UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:07CV125-J

BYRON T. HASH                                                                                           PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                            DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Byron Hash seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report, contending that: 1) the ALJ erred in weighing the medical opinions from his treating physician Dr. Koford in formulating an RFC for light work; 2) the ALJ erred in rejecting the disabling opinions of his treating psychiatrist Dr. Hortoillosa; 3) the ALJ erred in not finding that the report of consultative examiner Dr. Vollenweider supports a finding of disability or at least a limitation to sedentary work; and 4) the ALJ erred in weighing the claimant's credibility. Each of these issues was sufficiently addressed in the Magistrate Judge's Report and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.